STATE OF NORTH CAROLINA v. CHARLES LEE ALLEN

No. 140A86

(Filed 2 July 1986)

APPEAL by the State pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported in 79 N.C. App. 280, 339 S.E. 2d 76 (1986), which reversed the judgment against the defendant entered by *Collier, J.,* on 14 March 1985, in Superior Court, UNION County. Heard in the Supreme Court 9 June 1986.

*Lacy H. Thornburg, Attorney General, by T. Buie Costen, Special Deputy Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Robin E. Hudson, Assistant Appellate Defender, for the defendant-appellee.*

PER CURIAM.

Affirmed.